

## R. L. Polk and Company, Plaintiff-Appellee, v. Carl E. Strickler, Defendant-Appellant.

Gen. No. 10,587. 

 Burl F. Nader, for appellant; Lidschin & Pucin, for appellee; Glenn K. Seidenfeld, of counsel. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed July 3, 1952; released for publication July 28, 1952.

## People of State of Illinois, Defendant in Error, v. Victor Perrett, alias Victor Perry, Plaintiff in Error.

Gen. No. 10,517. 

 Joslyn, Parker, Van Doren & Kell, for plaintiff in error; Charles S. Parker, and Vette E. Kell, of counsel; Don A. Wicks, State's Attorney of McHenry county, for defendant in